```
RECEIPT #_____
AMOUNT $  150
SUMMONS ISSUED____
LOCAL RULE 4.1____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. m
DATE  4-8-04
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOORES MARINE CONSTRUCTION CORP.
and MOORES CRANE RENTAL CORP.
    Plaintiffs,

v.                                    Civil Cause No.

M.A.T. MARINE, INC.
    Defendant.                        04cv10706 GAO

                                      MAGISTRATE JUDGE Collings

**VERIFIED COMPLAINT FOR MONEY DUE**

Plaintiffs MOORES MARINE CONSTRUCTION CORP. and MOORES CRANE RENTAL CORP. aver:

1. This is a civil action with an amount in controversy in excess of $75,000 within the diversity jurisdiction of this Court pursuant to 28 U.S.C. §1332(a)(1) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

2. Plaintiffs MOORES MARINE CONSTRUCTION CORP. and MOORES CRANE RENTAL CORP. are incorporated in New Hampshire with principal places of business in Dover, NH.

3. Defendant M.A.T. MARINE, INC. is a Massachusetts corporation with a principal place of business in Bourne, MA.

COUNT 1

4. MOORES MARINE CONSTRUCTION CORP. sold to M.A.T. MARINE, INC. a used Manitowoc Crane, Serial Number 39649, all standard equipment, including 210 feet of boom, 60 feet of #123 jib, block and ball, and dragline bucket (the "Crane and equipment") for $235,000 in accordance with the terms of an April 2003 Purchase & Sales Agreement.

5. M.A.T. MARINE, INC. is delinquent in making payments in accordance with the terms of the Purchase & Sales Agreement and related mobilization charges such that as of March 31, 2004 it owes MOORES MARINE CONSTRUCTION CORP. $83,488.67 with interest accruing.

## COUNT 2

6. MOORES CRANE RENTAL CORP. leased to M.A.T. MARINE, INC. trucks and equipment to move the Crane and equipment from New Hampshire to Massachusetts.

7. M.A.T. MARINE, INC. owes MOORES CRANE RENTAL CORP. as of March 31, 2004 unpaid lease charges of $3,303.86 with interest accruing.

## COUNT 3

8. MOORES MARINE CONSTRUCTION CORP. is amenable to an alternate remedy of quantum meruit and or/other remedies provided by the UCC, treating M.A.T. MARINE, INC.'s use of the Crane and equipment as rent chargeable at the fair rate of $13,000.00 month.

9. If M.A.T. MARINE, INC. were to immediately return the Crane and equipment to MOORES MARINE CONSTRUCTION CORP., as of April 15, 2004 M.A.T. MARINE, INC. would owe $8,000.00 in back rent.

WHEREFORE, plaintiffs request that:

1. MOORES MARINE CONSTRUCTION CORP. have judgment against M.A.T. MARINE, INC. for $83,488.67 plus interest along with collection costs, including reasonable attorney's fees, and such other amounts as may be proved at trial;

2. MOORES CRANE RENTAL CORP. have judgment against M.A.T. MARINE, INC. for $3,303.86 plus interest along with collection costs, including reasonable attorney's fees, and such other amounts as may be proved at trial;

3. MOORES MARINE CONSTRUCTION CORP. alternatively recover back rent on the Crane and equipment plus interest along with collection costs, including reasonable attorney's fees, and such other amounts as may be proved at trial, as well as M.A.T. MARINE, INC.'s return of the Crane and equipment;

4. A Writ of Attachment be issued pursuant to Fed. R. Civ. P. 64, Mass. R. Civ. P. 4.1(f), and Mass. Gen. L. ch. 223, §50 against the Crane and equipment;

5. In the event the Crane and equipment are sold at public auction or otherwise that plaintiffs be allowed to bid the indebtedness of their claim toward the sale price of the Crane and equipment; and

6. Plaintiffs have such other and further relief as may be just and proper.

PLAINTIFFS REQUEST A JURY ON ALL COUNTS

RESPECTFULLY SUBMITTED this 8th day of April 2004.

> DAVID J. FARRELL, JR.
> BBO# 559847
> Attorney for Plaintiffs
>
> _/s/ David J. Farrell_
> 2355 Main Street
> P.O. Box 186
> S. Chatham, MA 02659
> (508) 432-2121

## VERIFICATION

SUFFOLK COUNTY                                )
                                              )
COMMONWEALTH OF MASSACHUSETTS  )  ss.
                                              )
UNITED STATES OF AMERICA          )

HADLEY MOORES, being first duly sworn on oath deposes and states:

That he is the President of both plaintiffs in this civil action and makes this Verification to the foregoing Verified Complaint for Money Due having fully read its contents and believing it to be true and accurate.

_____
HADLEY MOORES

SUFFOLK COUNTY, ss.                                                April 8, 2004

Hadley Moores personally appeared today and acknowledged the foregoing Verification to be his free act and deed before me,

_____
Notary Public

4