UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOORES MARINE CONSTRUCTION CORP.
and MOORES CRANE RENTAL CORP.
    Plaintiffs,

v.

                                              Civil Cause No. 04-10706 GAO

M.A.T. MARINE, INC.
    Defendant.

## PROOF OF SERVICE OF PROCESS

Plaintiffs MOORES MARINE CONSTRUCTION CORP. and MOORES CRANE RENTAL CORP. return herewith a summons in accordance with LR 4.1(A) showing service of process was made on defendant on April 12, 2004.

RESPECTFULLY SUBMITTED this 19th day of April 2004.

                DAVID J. FARRELL, JR.
                BBO# 559847
                Attorney for Plaintiffs

                _____
                2355 Main Street
                P.O. Box 186
                S. Chatham, MA  02659
                (508) 432-2121

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MOORES MARINE CONSTRUCTION CORP.
and MOORES CRANE RENTAL CORP.

V.

M.A.T. MARINE, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 10706 GAO**

TO: (Name and address of Defendant)

M.A.T. MARINE, INC.
66 Sandwich Road
Bourne, MA 02532

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Farrell, Jr.
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

4-9-04



(By) DEPUTY CLERK

## Barnstable County Sheriff's Office

I hereby certify and return that on **April 12, 2004 at 2:20 PM** I served a true and attested copy of Summons, Verified Complaint, Ex Parte Motion for Writ of Attachment, Affidavit in Support of Ex Parte Motion & Copy of Writ of Attachment, in hand to Kathleen Hallam, President able to accept civil process for the within named Defendant, M.A.T. Marine, Inc., at the last and usual business address to wit: 158 Jefferson Road, Bourne, MA 02532.

Fee:     $54.30

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA 02672

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.