UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MOORES MARINE CONSTRUCTION CORP.
and MOORES CRANE RENTAL CORP.
    Plaintiffs,

v.                                                                                    Civil Cause No. 04-10706-GAO

M.A.T. MARINE, INC.
    _____Defendant._____

**DISMISSAL**

M.A.T. Marine, Inc. today paid Moores Marine Construction Corp.'s and Moores Crane Rental Corp.'s claim in full and accordingly plaintiffs dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1) and dissolve their attachment.

RESPECTFULLY SUBMITTED by e-mail this 23d day of June 2004.

DAVID J. FARRELL, JR.
BBO# 559847
Attorney for Plaintiffs


_____/s/_____
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121
ll